IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ERIC LEE NICHOLSON,              )
                                 )
          Petitioner,            )
                                 )
v.                               )          Civil Action No. 3:21CV292–HEH
                                 )
UNKNOWN,                         )
                                 )
          Respondent.            )

MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

Petitioner, a Virginia inmate proceeding *pro se*, submitted a letter vaguely challenging pending state charges. (ECF No. 1.) Given the content of this document, the Court found it appropriate to give Petitioner the opportunity to pursue this action as a petition for a writ of habeas corpus under 28 U.S.C. § 2254. *See Rivenbark v. Virginia*, 305 F. App'x 144, 145 (4th Cir. 2008). Accordingly, by Memorandum Order entered on June 2, 2021, the Court directed Petitioner, within twenty (20) days of the date of entry thereof, to complete and return the standardized form for filing a § 2254 petition as required by Eastern District of Virginia Local Civil Rule 83.4(A).

More than twenty (20) days have elapsed and Petitioner has not completed and returned the standardized form or otherwise responded to the Court's Memorandum Order. Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

_____ /s/
HENRY E. HUDSON
SENIOR UNITED STATES DISTRICT JUDGE

Date: July 12, 2021
Richmond, Virginia